**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Nirvana, L.L.C.

                                Plaintiff,

v.                                                                           Case No.: 1:21−cv−05207
                                                                          Honorable Edmond E. Chang

Zoetop Business Co., Limited

                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Saturday, December 4, 2021:

      MINUTE entry before the Honorable Edmond E. Chang: The joint motion [19] to suspend deadlines is granted in light of the settlement in principle. The tracking status hearing of 01/21/2022 is accelerated to 01/07/2022 at 8:30 a.m. On or before 01/05/2022, the parties shall file the stipulated dismissal (or a status report detailing the status of the settlement).Emailed notice(Chang, Edmond)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.